423 A.2d 1320

Starr v. Starr, Appellant.

Argued March 19, 1979. Betty Narducci Montana, for appellant; Thomas G. Wagner, for appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.